Robert D. Phillips, Jr. (SBN 82639)
email: rphillips@reedsmith.com
Thomas A. Evans (SBN 202841)
email: tevans@reedsmith.com
Ashley L. Shively (SBN 264912)
email: ashively@reedsmith.com
Reed Smith LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Defendant
Aspiro AB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JUSTIN BAKER-RHETT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ASPIRO AB, a Swedish limited liability company, and KANYE WEST, an individual, together d/b/a TIDAL,<br><br>Defendant. | No.: 4:16-cv-02013-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK, MANHATTAN DIVISION**<br><br>First Amended Complaint filed May 9, 2016 |

Case No. 4:16-cv-02013-JSW

# STIPULATION

Plaintiff Justin Baker-Rhett ("Plaintiff"), defendant Aspiro AB ("Aspiro"), and defendant Kanye West ("West") (collectively "the parties") by and through their undersigned counsel, hereby respectfully stipulate and agree as follows:

WHEREAS, on June 20, 2016, Aspiro filed a motion pursuant to Motion to Transfer Venue or, in the Alternative, Motion to Dismiss [Dkt. 18] ("Motion") to transfer this action to the United States District Court for the Southern District of New York, Manhattan Division;

WHEREAS, pursuant to the parties' stipulation, Plaintiff's opposition to Aspiro's Motion is due by July 19, 2016 [Dkt. 21];

WHEREAS, since the filing of the Motion, the parties have met and conferred and reached an agreement that it is in the interest of justice to transfer this case to the United States District Court for the Southern District of New York, Manhattan Division. Accordingly, pursuant to 28 U.S.C. § 1404(a), all parties consent to the transfer of this case to the United States District Court for the Southern District of New York, Manhattan Division;

WHEREAS, the parties agree that notwithstanding the transfer of this action, any deposition of West will take place in the State of California at a mutually convenient time and place, to be determined at a later date.

NOW THEREFORE, the parties hereby agree as follows:

1. The Court shall vacate all dates in this Court, transfer the above-captioned action to the United States District Court for the Southern District of New York, Manhattan Division and close its file in the Northern District of California;

2. Aspiro's Motion [Dkt. 18] is withdrawn and the August 19, 2016 hearing date vacated;

3. Aspiro shall have 21 days from assignment to a district court judge in the United States District Court for the Southern District of New York, Manhattan Division to file an answer and affirmative defenses or otherwise plead in response to Plaintiff's operative complaint.

///

///

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Case No. 4:16-cv-02013-JSW     – 1 –

**IT IS SO STIPULATED.**

DATED:  JULY 18, 2016          EDELSON PC

                               By: _/s/ Todd Logan_____
                                   Todd Logan
                                   Attorneys for Plaintiff
                                   Justin Baker-Rhett


DATED:  JULY 18, 2016          JENNER & BLOCK LLP

                               By: _/s/ Kenneth Lee_____
                                   Kenneth K. Lee
                                   Attorneys for Defendant
                                   Kanye West


DATED:  JULY 18, 2016          REED SMITH LLP

                               By: ___/s/ Ashley Shively_____
                                   Ashley L. Shively
                                   Attorneys for Defendant
                                   Aspiro AB


**PURSUANT TO THE PARTIES' STIPULATION, AND GOOD CAUSE APPEARING, IT IS SO ORDERED**.

Dated: July 18, 2016

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE